IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>AARON PETSCHOW<br><br>Debtors | CASE NO. 12 B 15438<br><br>CHAPTER 13 |
| AARON PETSCHOW<br><br>Plaintiffs,<br>-Vs. -<br><br>GREEN TREE SERVICING, LLC<br><br>Defendant. | ADVERSARY CASE NO.<br><br>JUDGE MANUEL BARBOSA |

**ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIENS AND AVOID JUNIOR MORTGAGE LIEN OF GREEN TREE SERVICING, LLC**

NOW COME the Plaintiff/Debtor, AARON PETSCHOW, by and through his attorneys, JAMES A. YOUNG & ASSOCIATES, LTD, and for their Complaint against Defendant, GREEN TREE SERVICING LLC, state as follows:

1. The Plaintiff/Debtor, AARON PETSCHOW, resides at 275 South Drive, South Elgin, Illinois 60177.

2. GREEN TREE SERVICING, N.A., LLC (hereinafter, "Green Tree") is a lender and/or servicer of mortgages.

3. On or about April 17, 2012, AARON PETSCHOW (hereinafter, "Debtors") filed a Petition for Relief under Chapter 13 of Title 11 of the United States Code in the Northern District of Illinois, Case Number 12-15438.

4. This Adversary Proceeding arises under Sections 502, 506 and 1322 of the United States Bankruptcy Code. 11 U.S.C. §§ 502, 506, 1322.

5. This Honorable Court has Jurisdiction over this Adversary Proceeding pursuant to 28 USC §§ 151, 157 and 1334 and Local Rule 2.33 of the United States District Court for the Northern District of Illinois, in that the instant proceeding relates to the Debtor's Bankruptcy

    Chapter 13 Bankruptcy, Case No. 12-15438, which is presently pending before this Honorable Court.

6. This proceeding is a "core proceeding" pursuant to 28 U.S.C. §157(b) (2) (K).

7. Debtor is the owner of real property commonly known as 275 South Drive, South Elgin, Illinois 60177 and legally described as follows:

   FARM 25 IN ISLAND PARK FARMS, SOUTH ELGIN, IN THE TOWNSHIP OF ST. CHARLES, KANE COUNTY, ILLINOIS.

   Common Address: 275 South Drive, South Elgin Illinois 60177

   Parcel ID: 09-02-253-003

   Attached hereto and incorporated herein as "Exhibit A" is the Warranty Deed evidencing Debtor's ownership interest in said real estate.

8. The fair market value of Debtor's real property as of July 27, 2011 is $180,000.00. Attached hereto and incorporated herein as "Exhibit B" is the Appraisal Affidavit of Douglas Adams. Attached hereto and incorporated herein as "Exhibit C" is the Appraisal conducted by Douglas Adams.

9. A first mortgage lien is held by American Home Mortgage Services in the amount of approximately $300,000.00. Said lien was recorded with the Kane County Recorder of Deeds on May 2, 2007 as document number 2007K047670. Attached hereto and incorporated herein as "Exhibit D" is the recorded first mortgage lien.

10. Green Tree Servicing is the holder of a junior line of credit mortgage lien on Debtor's real property in the amount of approximately $55,822.33. Said lien was recorded with the Kane County Recorder of Deeds on May 2, 2007 as document number 2007K047671. Attached hereto and incorporated herein as "Exhibit E" is the recorded junior mortgage lien of Green Tree Servicing. Attached hereto and incorporated herein as "Exhibit F" is Proof of Claim 1-1 filed by Green Tree Servicing on May 14, 2012.

11. Pursuant to § 506(d) of the Bankruptcy Code, Defendant's junior mortgage lien is an allowed a secured claim only to the extent of the value of the estate's interest in the property securing the claim, and the lien is void to the extent that it is not an allowed secured claim.

12. The amount owed on the first mortgage exceeds the value of the underlying property.

13. Because the junior mortgage lien held by Defendant, Green Tree Servicing, is wholly unsecured, any claim filed by Green Tree Servicing is not an allowed secured claim pursuant to § 506(d) of the Bankruptcy Code, and the lien may be stripped/avoided from the Debtor's residence. *In Re Waters*, 276 B.R. 879 (N.D. Ill. 2002); *In Re Havel*, 2002 Bankr, Lexis 1004 (Bankr S.D. Ill. 2002); *In Re Mann*, 249 B.R. 831, 840 (1st Cir. BAP 2000); *In Re Pond*, 2001 U.S. App. Lexis 11287 (2d Cir. 2001); *In Re McDonald*, 205 F.3d 606 (3d Cir. 2000);

*Bartee vs. Tara Colony Homeowners Assoc.*, 212 F.3d 277 (5th Cir. 2000); *In Re Lam*, 211 B.R. 36 (9th Cir. BAP 1357); *In Re Tanner*, 217 F.3d 1357 (11th Cir.).

**WHEREFORE**, the Debtor, AARON PETSCHOW, respectfully request that this Honorable Court enter an order declaring the Proof of Claim 1-1 filed by GREEN TREE SERVICING, LLC with respect to the junior mortgage lien/home equity line of credit on Debtor's residence to be disallowed as a secured claim and avoided from the Debtor's residence upon completion of Debtors' Chapter 13 Plan, and award any such other relief that this Court deems just and proper.

    Respectfully submitted,

    JAMES A.YOUNG
    JAMES A, YOUNG
    Attorney for Plaintiffs

James A. Young & Associates, Ltd.
47 DuPage Court
Elgin, IL  60120
Phone: (847) 608-9526
Fax: (847) 695-3494